UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMENTEL,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>    Respondent. | Case No. SACV 17-1967-JVS (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action with prejudice.

Dated: October 10, 2018

HONORABLE JAMES V. SELNA
United States District Judge