JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMENTEL,<br><br>               Petitioner,<br><br>          v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>               Respondent. | Case No. SACV 17-1967-JVS (KK)<br><br><br>JUDGMENT |

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 10, 2018

_____
HONORABLE JAMES V. SELNA
United States District Judge